NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMKOR TECHNOLOGY, INC.,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

and

**CARSEM (M) SDN BHD, CARSEM SEMICONDUCTOR SDN BHD (ALSO KNOWN AS RECAMS SDN BHD), AND CARSEM, INC.,**
*Intervenors.*

---

2010-1550

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-501.

---

## ON MOTION

---

## ORDER

Upon consideration of the motion to withdraw Karin J. Norton as counsel for Amkor Technology, Inc.,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 0 6 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Michael Liberman, Esq.
Louis S. Mastriani, Esq.
Constantine L. Trela, Jr., Esq.
Karin J. Norton, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 6 2010

JAN HORBALY
CLERK